## ATTACHMENT A

The residence is described as 870 Abbott Road, Buckhannon, West Virginia, in the Northern District of West Virginia. This is the residence of William John Clark. Places to be searched also include vehicles, outbuildings, and other non-residential structures associated with this property.

## ATTACHMENT B

1. Containers used to confine explosives or conceal improvised explosive devices to include, but not limited to the following:
   Metal, plastic or cardboard containers (i.e. pipe nipples, end caps, pvc pipe, cardboard tubes, copper tubing, CO2 containers, grenade bodies or other improvised containers).

2. Explosive filler material to include, but not limited to the following:
   Powders (i.e., black powder, smokeless powder, Pyrodex, flash powder, improvised powders, powder removed from ammunition), match heads;

3. Commercially manufactured high explosives materials (i.e., cast boosters, C-4 or other plastic explosives, dynamites, slurries, emulsions, detonation cord), or military explosives to include TNT, deta sheet, C-4, or other military explosives to include explosives removed from live military ordnance;

4. Unmixed chemical powders, substances or liquid chemicals that can be combined to produce an explosive material, (i.e., citric acid, hexamine, hydrogen peroxide, nitric acid, mercury, potassium perchlorate, acetone, silver nitrate, potassium chlorate, muriatic acid, aluminum, ammonium nitrate, etc.).

5. Mixing bowls, glassware or other containers, spoons, funnels, strainers or other mixing implements.

6. Commercially manufactured detonators, military detonators or improvised detonators, either electric or non-electric or other initiating components to include, but not limited to the following:
   Filaments, flash bulbs, rocket motors, fuses (i.e. commercially manufactured hobby fuse, safety fuse, quick match, electric matches, squibs, military training fuses, or other improvised fuses;

7. Electronic components, to include, but not limited to: wires/wiring, tape (i.e., electrical, duct, masking), Wire connectors, shrink tube, wire ties, relays, switches, improvised switches, circuit boards, capacitors, batteries, E-cells or other power sources, and timing/remote control mechanisms.

8. Trash or debris from improvised explosive devices and/or components to include, but not limited to the following:

Packaging material for components (i.e., toggle switch packaging, electronic or mechanical timer packaging or instructions), cut sections of electric detonator wires, delay tags, packaging for rocket motors, remnants of radio controlled cars, etc, and remnants of previously detonated improvised explosive devices.

9. Items to be used as fragmentation, to include, but limited to the following: Ball bearings, bb's, nuts, bolts, screws, nails, brads.

10. Tools commonly used in the manufacture of improvised explosive devices, to include but not limited to the following:
Trays, punches, drills, drill bits, vices, wrenches, Cutting/fastening implements (i.e., pliers, side cutters, soldering irons, solder, circuit testers;

11. Literature pertaining to the assembly, manufacture and functioning of explosive devices or materials including but not limited to the following:
Books, pamphlets, drawings, sketches, diagrams, photographs, photocopies, computer generated, or computer stored information of same, including any information contained on computers or cellular telephones.

12. Receipts showing the purchase of: Components, chemicals/powders, tools, or literature, address books, phone lists, phone books or other notes containing associates, contacts or sources of supply.

13. Any items likely to be contaminated or show traces of any chemicals or explosive materials to include, but not limited to the following: rugs, cushions, vacuum cleaner bags and attachments.

14. Any firearms or ammunition constituting a violation of 18 USC 922(g)(1).